UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS | CASE NO. 2:19-MJ-00202<br><br>MAGISTRATE JUDGE JOLSON |

## MOTION TO UNSEAL SEARCH WARRANT

Now comes the United States of America, by Vipal J. Patel, Acting United States Attorney, and Jessica W. Knight, Assistant United States Attorney, for the Southern District of Ohio, Eastern Division, and respectfully requests that the search warrant, the case, and any accompanying filings in the above-related matter be unsealed.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

s/ Jessica W. Knight
JESSICA W. KNIGHT (86615)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jessica.knight@usdoj.gov